UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNS & ALLYN,

          Plaintiff.

    v.

MICHAEL DEMARTINI, et al.,

          Defendants.

Case No.  14-cv-04660-JCS

**ORDER SETTING CASE MANAGEMENT CONFERENCE [Reassigned Case]**

Re: Dkt. No. 3

TO ALL PARTIES AND COUNSEL OF RECORD:

      The above-entitled matter having been reassigned to the Honorable Joseph C. Spero for trial and all further proceedings, IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 16 and Civil  L.R.16-10, that a Case Management Conference shall be held in this case on **December 19, 2014, at 9:30 a.m.,** in Courtroom G, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

      The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R.16-10.  Pursuant to Civil L.R.16-3 and 16-9, the parties shall meet and confer and file a joint case management statement and proposed order no later than **December 12, 2014**.  If any party is proceeding without counsel, separate statements may be filed by each party.

      All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**."  One copy shall be clearly marked as a chambers copy.

      IT IS SO ORDERED.

Dated: October 29, 2014

JOSEPH C. SPERO
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNS & ALLYN,

         Plaintiff,

    v.

MICHAEL DEMARTINI, et al.,

        Defendants.

Case No.  14-cv-04660-JCS

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/29/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael  DeMartini
3362 Meridian Ct
Reno, NV 89509

Renate  DeMartini
3362 Meridian Court
Reno, NV 89509

Dated: 10/29/2014

Richard W. Wieking
Clerk, United States District Court

By: _Karen L. Hom_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO